BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:09-CR-358 WBS |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME |
| JOSE OLIVERA ZAPIEN, et al. | ) | |
| Defendant. | ) | |

The parties request that the status conference in this case be continued from March 22, 2010 to May 3, 2010 at 8:30 a.m. They stipulate that the time between March 22, 2010 and May 3, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, all defense counsel need additional time to review the discovery provided and investigate the case. The government has provided

an additional 447 pages of discovery and 5 additional CD's containing translations and transcriptions of the wire recordings in this case.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                              Respectfully Submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

DATE: March 19, 2010       By:   /s/ Heiko P. Coppola
                              HEIKO P. COPPOLA
                              Assistant U.S. Attorney

DATE: March 19, 2010           /s/ Michael Petrick
                              MICHAEL PETRICK
                              Attorney for Defendant Jose Olivera Zapien

                              /s/ Gilbert Roque
                              GILBERT ROQUE
                              Attorney for Defendant Ramiro Suarez

                              /s/ Ruben Munoz
                              RUBEN MUNOZ
                              Attorney for Defendant Adolfo Valencia Alvarez

                              /s/ Olaf Hedberg
                              OLAF HEDBERG
                              Attorney for Defendant Jose Quintero Fernandez

                              /s/ Clemente Jimenez
                              CLEMENTE JIMENEZ
                              Attorney for Defendant Jose Moreno Gutierrez

                              /s/ Tim Pori
                              TIM PORI
                              Attorney for Defendant Erik Aguilar Lara

```
                                    /s/ Chris Cosca
                                    CHRIS COSCA
                                    Attorney for Defendant
                                    Alejandro Moreno Gutierrez
```

**SO ORDERED.**

DATE:   March 18, 2010

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE