```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSE OLIVERA ZAPIEN, et.al. ) <br> ) <br> Defendant. ) <br> _____) | CASE NO. 2:09-CR-358 WBS <br><br> STIPULATION AND [~~PROPOSED~~] <br> ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from May 3, 2010 to June 28, 2010 at 8:30 a.m. They stipulate that the time between May 3, 2010 and June 28, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv)and Local Code T-4. Specifically, all defense counsel need additional time to review the discovery provided and investigate the case. Prior to the last stipulation, the government had provided an additional 447 pages

of discovery and 5 additional CD's containing translations and transcriptions of the wire recordings in this case, which continue to be reviewed by defense counsel.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                                          Respectfully Submitted,

                                                          BENJAMIN B. WAGNER
                                                          United States Attorney

DATE: April 29, 2010        By:   /s/ Heiko P. Coppola
                                                   HEIKO P. COPPOLA
                                                   Assistant U.S. Attorney

DATE: April 29, 2010                  /s/ Michael Petrick
                                               MICHAEL PETRICK
                                               Attorney for Defendant Jose
                                               Olivera Zapien

                                               /s/ Gilbert Roque
                                               GILBERT ROQUE
                                               Attorney for Defendant Ramiro
                                               Suarez

                                               /s/ Ruben Munoz
                                               RUBEN MUNOZ
                                               Attorney for Defendant Adolfo
                                               Valencia Alvarez

                                               /s/ Olaf Hedberg
                                               OLAF HEDBERG
                                               Attorney for Defendant Jose
                                               Quintero Fernandez

                                               /s/ Clemente Jimenez
                                               CLEMENTE JIMENEZ
                                               Attorney for Defendant Jose
                                               Moreno Gutierrez

```
                                /s/ Tim Pori
                                TIM PORI
                                Attorney for Defendant Erik
                                Aguilar Lara

                                /s/ Chris Cosca
                                CHRIS COSCA
                                Attorney for Defendant
                                Alejandro Moreno Gutierrez
```

**SO ORDERED.**

DATE:   April 29, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE