BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>         Plaintiff,             )<br>                                )<br>    v.                          )<br>                                )<br> JOSE OLIVERA ZAPIEN, et.al.    )<br>                                )<br>                                )<br>         Defendant.             )<br> _____) | CASE NO. 2:09-CR-358 WBS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from September 27, 2010 to November 29, 2010 at 8:30 a.m. They stipulate that the time between September 27, 2010 and November 29, 2010 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4. Specifically, all defense counsel need additional time to review the discovery provided and investigate the case. Well over 1000

pages of discovery and 80 CD's containing video, audio recordings and photographs have been provided to the defense counsel to date. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: September 24, 2010        By:    /s/ Heiko P. Coppola
                                       HEIKO P. COPPOLA
                                       Assistant U.S. Attorney


DATE: September 24, 2010                /s/ Michael Petrick
                                        MICHAEL PETRICK
                                        Attorney for Defendant Jose
                                        Olivera Zapien

                                         /s/ Gilbert Roque
                                        GILBERT ROQUE
                                        Attorney for Defendant Ramiro
                                        Suarez

                                         /s/ Ruben Munoz
                                        RUBEN MUNOZ
                                        Attorney for Defendant Adolfo
                                        Valencia Alvarez

                                         /s/ Olaf Hedberg
                                        OLAF HEDBERG
                                        Attorney for Defendant Jose
                                        Quintero Fernandez

                                         /s/ Clemente Jimenez
                                        CLEMENTE JIMENEZ
                                        Attorney for Defendant Jose
                                        Moreno Gutierrez

                                         /s/ Tim Pori
                                        TIM PORI
                                        Attorney for Defendant Erik
                                        Aguilar Lara

```
                              /s/ Chris Cosca
                              CHRIS COSCA
                              Attorney for Defendant
                              Alejandro Moreno Gutierrez
```

**SO ORDERED.**

DATE:   September 24, 2010

```
                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE
```

3