```
BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-358 WBS |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME |
| JOSE OLIVERA ZAPIEN, et.al. | |
| Defendant. | |

The parties request that the status conference in this case be continued from January 31, 2011 to April 4, 2011 at 8:30 a.m. They stipulate that the time between January 31, 2011 and April 4, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv)and Local Code T-4. Specifically, all defense counsel need additional time to review the discovery provided and investigate the case. Well over 2000 pages of discovery and 80 CD's

1

1  containing video, audio recordings and photographs have been provided
2  to the defense counsel to date.  The government recently provided an
3  approximately 1200 additional pages of discovery that defense counsel
4  will need to review.  The parties stipulate and agree that the
5  interests of justice served by granting this continuance outweigh the
6  best interests of the public and the defendant in a speedy trial.  18
7  U.S.C. § 3161(h)(7)(A).

```
                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: January 28, 2011         By:   /s/ Heiko P. Coppola
                                     HEIKO P. COPPOLA
                                     Assistant U.S. Attorney


DATE: January 28, 2011                /s/ Michael Petrick
                                     MICHAEL PETRICK
                                     Attorney for Defendant
                                     Jose Olivera Zapien

                                      /s/ Gilbert Roque
                                     GILBERT ROQUE
                                     Attorney for Defendant
                                     Ramiro Suarez

                                      /s/ Ruben Munoz
                                     RUBEN MUNOZ
                                     Attorney for Defendant
                                     Adolfo Valencia Alvarez

                                      /s/ Olaf Hedberg
                                     OLAF HEDBERG
                                     Attorney for Defendant
                                     Jose Quintero Fernandez

                                      /s/ Clemente Jimenez
                                     CLEMENTE JIMENEZ
                                     Attorney for Defendant
                                     Jose Moreno Gutierrez
```

```
                                   /s/ Tim Pori
                                  TIM PORI
                                  Attorney for Defendant
                                  Erik Aguilar Lara

                                   /s/ Chris Cosca
                                  CHRIS COSCA
                                  Attorney for Defendant
                                  Alejandro Moreno Gutierrez
```

**SO ORDERED.**

DATE:   January 28, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE