BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                           )<br>           Plaintiff,      )<br>                           )<br>     v.                    )<br>                           )<br>JOSE OLIVERA ZAPIEN, et.al. )<br>                           )<br>                           )<br>           Defendant.      )<br>_____) | CASE NO. 2:09-CR-358 WBS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO EXCLUDE TIME |

    The parties request that the status conference in this case be continued from April 4, 2011 to June 13, 2011 at 8:30 a.m. They stipulate that the time between April 4, 2011 and June 13, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv)and Local Code T-4. Specifically, all defense counsel need additional time to review the discovery provided and investigate the case. Well over 2000 pages of

1

discovery and 80 CD's containing video, audio recordings and photographs have been provided to the defense counsel to date. Defense counsel are still reviewing approximately 1200 new pages of discovery provided by the government in January 2011. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

```
                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATE: April 4, 2011         By:     /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney


DATE: April 4, 2011                 /s/ Michael Petrick
                                    MICHAEL PETRICK
                                    Attorney for Defendant
                                    Jose Olivera Zapien

                                    /s/ Gilbert Roque
                                    GILBERT ROQUE
                                    Attorney for Defendant
                                    Ramiro Suarez

                                    /s/ Ruben Munoz
                                    RUBEN MUNOZ
                                    Attorney for Defendant
                                    Adolfo Valencia Alvarez

                                    /s/ Olaf Hedberg
                                    OLAF HEDBERG
                                    Attorney for Defendant
                                    Jose Quintero Fernandez

                                    /s/ Clemente Jimenez
                                    CLEMENTE JIMENEZ
                                    Attorney for Defendant
                                    Jose Moreno Gutierrez
```

```
                                  /s/ Tim Pori
                                 TIM PORI
                                 Attorney for Defendant
                                 Erik Aguilar Lara

                                  /s/ Chris Cosca
                                 CHRIS COSCA
                                 Attorney for Defendant
                                 Alejandro Moreno Gutierrez



                                 SO ORDERED.

DATE:   April 4, 2011

                                 _____
                                 WILLIAM B. SHUBB
                                 UNITED STATES DISTRICT JUDGE
```