**Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004

Attorney for Defendant AGUILAR LARA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-09-0358 WBS |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME** |
| ERIK F. AGUILAR LARA, et al., | |
| Defendants. | |
| _____/ | |

The parties hereby stipulate that the status conference in this case be continued from June 13, 2011, to July 25, 2011, at 8:30 a.m.  The parties stipulate that the time between June 13, 2011, and July 25, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, counsel for defendants needs additional time to review the discovery and investigate the case.  Therefore the parties have stipulated to continue the status conference in this case.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the

///

1

best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161 (h)(7)(A).

Respectfully submitted

Date:  June 8, 2011     /s/   Tim A. Pori
TIM A. PORI
Attorney for Defendant AGUILAR LARA

Date: June 9, 2011     /s/ Heiko Philipp Coppola
HEIKO PHILIPP COPPOLA
Assistant U.S. Attorney

Date: June 9, 2011     /s/ Michael Petrik
MICHAEL PETRIK
Attorney for Defendant JOSE ZAPIEN

Date: June 9, 2011     /s/ Gilbert Roque
GILBERT ROQUE
Attorney for Defendant RAMIRO SUAREZ

Date: June 9, 2011     /s/ Olaf Hedberg
OLAF HEDBERG
Attorney for Defendant JOSE FERNANDEZ

Date: June 9, 2011     /s/ Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for Defendant JOSE GUTIERREZ

Date: June 9, 2011     /s/ Christopher Cosca
CHRISTOPHER  COSCA
Attorney for Defendant ALEJANDRO GUTIERREZ

Date: June 9, 2011     /s/ Ruben Munoz
RUBEN MUNOZ
Attorney for Defendant ADOLFO ALVAREZ

**ORDER**

IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter is continued to July 25, 2011, at 8:30 a.m. before the Honorable William Shubb.

DATED: June 9, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE