The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 673
Sacramento, California 95814
(916) 447-1192 office
1-412-774-3537 fax
o.hedberg@sbcglobal.net

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>JOSE OLIVARA ZAPIEN ET AL. | Case Number:  2:09-CR-358 WBS<br><br><br>STIPULATION AND [PROPOSED]<br>ORDER TO EXCLUDE TIME |

The parties request that the status conference in this case be continued from July 25 , 2011 to August 29, 2011 at 8:30 a.m. They stipulate that the time between July 25, 2011 and August 29, 2011 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv)and Local Code T-4. Specifically, all defense counsel need additional time to review the discovery provided and investigate the case. Well over 2000 pages of  discovery and 80 CD's containing video, audio

recordings and photographs have been provided to the defense counsel to date. Defense counsel are still reviewing approximately 1200 new pages of discovery provided by the government in January 2011. Further, the parties are actively engaged in plea negotiations and it is anticipated this time period will aid in the resolution of this case for a number of the parties. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Dated: July 21, 2011      Respectfully Submitted,
BENJAMIN B. WAGNER
United States Attorney

By: /s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant U.S. Attorney

/s/ Michael Petrick
MICHAEL PETRICK
Attorney for Defendant
Jose Olivera Zapien

/s/ Gilbert Roque
GILBERT ROQUE
Attorney for Defendant
Ramiro Suarez

/s/ Ruben Munoz
RUBEN MUNOZ
Attorney for Defendant
Adolfo Valencia Alvarez

/s/ Olaf Hedberg
OLAF HEDBERG
Attorney for Defendant
Jose Quintero Fernandez

/s/ Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for Defendant
Jose Moreno Gutierrez

/s/ Tim Pori
TIM PORI
Attorney for Defendant
Erik Aguilar Lara

/s/ Chris Cosca
CHRIS COSCA
Attorney for Defendant
Alejandro Moreno Gutierrez

**SO ORDERED**

Dated:   July 22, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE