BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-CR-358 WBS |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | STIPULATION AND [~~PROPOSED~~] |
| ) | ORDER TO EXCLUDE TIME |
| JOSE OLIVERA ZAPIEN, et.al. ) | |
| ) | |
| Defendant. ) | |
| _____) | |

   The parties request that the status conference in this case be continued from October 11, 2011 to November 21, 2011 at 9:30 a.m.  They stipulate that the time between October 11, 2011 and November 2011 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv)and Local Code T-4. Specifically, all defense counsel need additional time to review the discovery provided and investigate the case.  Well over 2000 pages of discovery and 80 CD's containing video, audio recordings

and photographs have been provided to the defense counsel to date.  Defense counsel are still reviewing approximately 1200 new pages of discovery provided by the government in January 2011. Further, the parties are actively engaged in plea negotiations and it is anticipated this time period will aide in the resolution of this case for a number of parties.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                            Respectfully Submitted,

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATE: October 7, 2011          By:   /s/ Heiko P. Coppola
                                         HEIKO P. COPPOLA
                                         Assistant U.S. Attorney

DATE: October 7, 2011             /s/ Michael Petrick
                                         MICHAEL PETRICK
                                         Attorney for Defendant Jose
                                         Olivera Zapien

                                          /s/ Gilbert Roque
                                         GILBERT ROQUE
                                         Attorney for Defendant Ramiro
                                         Suarez

                                          /s/ Ruben Munoz
                                         RUBEN MUNOZ
                                         Attorney for Defendant Adolfo
                                         Valencia Alvarez

                                          /s/ Olaf Hedberg
                                         OLAF HEDBERG
                                         Attorney for Defendant Jose
                                         Quintero Fernandez

                    /s/ Clemente Jimenez
CLEMENTE JIMENEZ
Attorney for Defendant Jose Moreno Gutierrez

                    /s/ Tim Pori
TIM PORI
Attorney for Defendant Erik Aguilar Lara

**SO ORDERED.**

DATE:   October 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3