BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:09-CR-358 WBS |
| Plaintiff, | |
| v. | STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME |
| JOSE OLIVERA ZAPIEN, et.al. | |
| Defendant. | |

The parties request that the status conference in this case be continued from November 21, 2011 to January 23, 2012 at 9:30 a.m. They stipulate that the time between November 21, 2011 and January 23, 2012 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv)and Local Code T-4. Specifically, all defense counsel need additional time to review the discovery provided and investigate the case. Well over 2000

1

1  pages of discovery and 80 CD's containing video, audio recordings
2  and photographs have been provided to the defense counsel to
3  date.  Defense counsel are still reviewing approximately 1200 new
4  pages of discovery provided by the government in January 2011.
5  Further, the parties are actively engaged in plea negotiations
6  and it is anticipated this time period will aide in the
7  resolution of this case for a number of parties.  The parties
8  stipulate and agree that the interests of justice served by
9  granting this continuance outweigh the best interests of the
10 public and the defendants in a speedy trial.  18 U.S.C. §
11 3161(h)(7)(A).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: November 17, 2011        By:   /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney

DATE: November 17, 2011               /s/ Michael Petrick
                                    MICHAEL PETRICK
                                    Attorney for Defendant Jose
                                    Olivera Zapien

                                      /s/ Gilbert Roque
                                    GILBERT ROQUE
                                    Attorney for Defendant Ramiro
                                    Suarez

                                      /s/ Ruben Munoz
                                    RUBEN MUNOZ
                                    Attorney for Defendant Adolfo
                                    Valencia Alvarez

                                      /s/ Olaf Hedberg
                                    OLAF HEDBERG
                                    Attorney for Defendant Jose
                                    Quintero Fernandez

```
                                /s/ Clemente Jimenez
                              CLEMENTE JIMENEZ
                              Attorney for Defendant Jose
                              Moreno Gutierrez


                                /s/ Tim Pori
                              TIM PORI
                              Attorney for Defendant Erik
                              Aguilar Lara
```

**SO ORDERED.**

DATE:  November 17, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE